Trustee Copy

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:  Hall, Leon )
)
)

Case No.  10 B 52296

Judge  A. Benjamin Goldgar

Date   12/19/11

Debtor Attorney:

Timothy K Liou
900 W Washington Blvd
Chicago, IL  60607-2298

Leon Hall
12517 Meadow Lane Unit 4
Blue Island, IL  60406-5220

Mail

Mail

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Marilyn O. Marshall, files this Notice of Final Cure Payment.  The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:**  Flagstar Bank

### Final Cure Amount

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 7 | 7030 arrears | $ 5,724.82 | $ 5,724.82 | $ 5,724.82 |
| Total Amount Paid by Trustee | | | | $ 5,724.82 |

### Monthly Ongoing Mortgage Payment

Mortgage is Paid:

__X__  Through the Chapter 13 Conduit        _____  Direct by the Debtor(s)

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim; and 2) whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 19th day of December, 2011.


12/19/11                                                      /s/ Rosalind Lanier
Date                                                              Marilyn O. Marshall
                                                                 Chapter 13 Trustee
                                                                 Office of the Chapter 13 Trustee
                                                                 Suite 800
                                                                 224 South Michigan Avenue
                                                                 Chicago, IL  60604-2500


Debtor                                                       US Trustee
Leon Hall                                                    Patrick S. Layng
12517 Meadow Lane Unit 4                                     Office of the United States Trustee
Blue Island, IL  60406-5220                                  Dirksen Federal Court House
                                                             219 S Dearborn St Rm 873
                                                             Chicago, IL 60604

                                                             Claim Holder
                                                             Flagstar Bank
                                                             Attn Bankruptcy Dept
                                                             5151 Corporate Dr
                                                             Troy, MI  48098


Debtor Attorney                                              Attorney for Claim Holder
Timothy K Liou                                               C/O Flagstar Bank
900 W Washington Blvd                                        Attn Bankruptcy Dept
Chicago, IL  60607-2298                                      5151 Corporate Dr
                                                             Troy, MI  48098